# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SNYDERS HEART VALVE LLC | § |
| | § |
| v. | §   Civil Action No. 4:16-CV-00812 |
| | § |
| ST. JUDE MEDICAL S.C., INC., ET AL. | §   Judge Mazzant |
| | § |

## AMENDED ORDER

In light of the pending settlement between Snyders Heart Valve LLC and the Medtronic Defendants, the Court enters the following briefing schedule to resolve issues related to the Joint Motion for Entry of a Protective Order (Dkt. #93):

Defendants must file a new proposal and argument for the dispute regarding Paragraph 1 no later than Monday, May 22, 2017, at 5:00 PM.

Plaintiff must file any response by Tuesday, May 23, 2017, at 5:00 PM.

**IT IS SO ORDERED**.
SIGNED this 18th day of May, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE