From: **Matt Antonelli** matt@ahtlawfirm.com 🖉                                    
Subject: Re: Snyders v. St. Jude
Date: November 8, 2017 at 1:43 PM
To: Alex S Rinn  ARinn@carlsoncaspers.com, Sarah Ring (sring@ringipfirm.com)  sring@ringipfirm.com, Zac  zac@ahtlawfirm.com,
    larrythompson  larry@ahtlawfirm.com, Allison Newberry  anewberry@ahtlawfirm.com,
    Stafford Davis (sdavis@stafforddavisfirm.com)  sdavis@stafforddavisfirm.com
Cc: Joe W Winkels  JWinkels@carlsoncaspers.com, aiancu@irell.com, mchu@irell.com, Heinrich, Alan (AHeinrich@irell.com)
    AHeinrich@irell.com, Johannesson, Leah (ljohannesson@irell.com)  ljohannesson@irell.com

Alex—This interrogatory response is deficient in that the response says that the portico valve is
covered by 1 or more of a list of patents, but does not actually identify the patents that are
covered by the valve.  The interrogatory asks SJM to identify only those patents that SJM
contends covers its product for purposes of this litigation, so SJM's objection that this
interrogatory is unduly burdensome is not well taken.  Moreover, ==we are entitled to know why
SJM contends any such patent covers its products.==  Please let us know when you are available to
meet and confer about SJM's deficient response to this interrogatory.  Best regards, —Matt

Matthew Antonelli
Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3005 (direct)
(646) 228-5996 (cell)
(713) 581-3020 (fax)
www.ahtlawfirm.com
matt@ahtlawfirm.com

---

**From:** Alex S Rinn <ARinn@carlsoncaspers.com>
**Date:** Monday, November 6, 2017 at 6:52 PM
**To:** Matt Antonelli <matt@ahtlawfirm.com>, Sarah Ring <sring@ringipfirm.com>, Zac
<zac@ahtlawfirm.com>, Larry Thompson <larry@ahtlawfirm.com>, Allison Newberry
<anewberry@ahtlawfirm.com>, "Stafford Davis (sdavis@stafforddavisfirm.com)"
<sdavis@stafforddavisfirm.com>
**Cc:** Joe W Winkels <JWinkels@carlsoncaspers.com>, "aiancu@irell.com" <aiancu@irell.com>,
"mchu@irell.com" <mchu@irell.com>, "Heinrich, Alan (AHeinrich@irell.com)"
<AHeinrich@irell.com>, "Johannesson, Leah (ljohannesson@irell.com)"
<ljohannesson@irell.com>
**Subject:** Snyders v. St. Jude

Counsel,

Attached and served upon you is St. Jude's Response to Snyders' Interrogatory No. 15.

Best,
Alex



Alexander S. Rinn • Attorney
Carlson Caspers Vandenburgh Lindquist & Schuman P.A.
225 South Sixth Street, Suite 4200, Minneapolis, MN 55402



INTELLECTUAL PROPERTY
LITIGATION AND COUNSELING

225 South Sixth Street, Suite 4200, Minneapolis, MN 55402
direct 612.436.9638   main 612.436.9600
arinn@carlsoncaspers.com

**carlsoncaspers.com**

*This message may contain privileged or confidential information.  If you are not the addressee, note that any disclosure, copying, distribution or use of its contents is prohibited.  If you have received this message in error, please destroy it and notify us immediately at 612.436.9600.*